United States District Court
Southern District of Texas
**ENTERED**
January 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY E. PALOUSKOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00279 |
| | § | |
| MARTIN O'MALLEY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order (D.E. 19), the Court enters final judgment granting Defendant's motion for summary judgment (D.E. 16), denying Plaintiff's motion for summary judgment (D.E. 14), and dismissing Plaintiff's complaint. Fed. R. Civ. P. 58. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on January 24, 2024.

_____
Julie K. Hampton
United States Magistrate Judge